In UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN R. CARRE,

     Plaintiff,

                                Case No. 25-cv-11628

v.                              Hon. Matthew F. Leitman

COLETTE NUTTON, *et al.*,

     Defendants.

_____/

## ORDER DENYING MOTION FOR CLARIFICATION OF SERVICE REQUIREMENTS AND REQUEST FOR PERSONAL SERVICE (ECF No. 22)

On June 10, 2025, the Court granted Plaintiff Susan R. Carre's application to proceed *in forma pauperis* and directed Plaintiff to present to the Clerk's Office certain documents to effect service. (*See* Order, ECF No. 15.)  Plaintiff presented such documents, and the United States Marshals service mailed the documents on July 1, 2025. (*See* Acknowledgement, ECF No. 19.)  Now before the Court is Plaintiff's "Motion for Clarification of Service Requirements and Request for Personal Service by U.S. Marshals." (Mot., ECF No. 22.)  In that motion, Plaintiff asks the Court to direct the United States Marshals Service to personally serve the Defendants, rather than serving them via certified mail. (*See id.*, PageID.636.)  The Court declines to do so.  As reflected on the docket, most of the Defendants in this action have been served via certified mail.  Several of the Defendants have had

counsel enter an Appearance in the action.  Thus, the Court is not yet persuaded that

personal service of the parties not yet served is necessary.  Accordingly, Plaintiff's

motion is **DENIED**.

     **IT IS SO ORDERED.**

                    s/Matthew F. Leitman
                    MATTHEW F. LEITMAN
                    UNITED STATES DISTRICT JUDGE

Dated:  July 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on July 30, 2025, by electronic means and/or ordinary mail.

                    s/Holly A. Ryan
                    Case Manager
                    (313) 234-5126