In UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN R. CARRE,

    Plaintiff,

                                                Case No. 25-cv-11628

v.                                              Hon. Matthew F. Leitman

COLETTE NUTTON, *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTIONS
## FOR EXTENSION OF TIME (ECF Nos. 34, 37)

Now before the Court are two motions for extension of time to file a first responsive pleading by Defendants Khari Hatchett, Storypoint Birmingham, and Haylee Hutchinson. (*See* Mots., ECF Nos. 34, 37.) In the motions, counsel for those Defendants request the extension on the basis that they were retained on July 28 and 29, 2025, and have "not yet had time to review the file or meet with" their clients. (*See id.*) For this reason, and for the reasons explained in the motions, the motions are **GRANTED**. Hatchett, Storypoint Birmingham, and Hutchinson shall file their first responsive pleadings **by not later than August 19, 2025**.

    **IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: July 30, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 30, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
