UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN R. CARRE, <br><br> Plaintiff, <br> v. <br><br> COLETTE NUTTON, *et al.*, <br><br> Defendants. | Case No. 25-11628 <br> Honorable Matthew F. Leitman <br> Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO STAY MOTION TO DISMISS RESPONSE DEADLINES
(ECF NO. 60)**

Acting pro se, Plaintiff Susan R. Carre sues multiple defendants under 42 U.S.C. § 1983. The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 48.

After several defendants moved to dismiss her complaint, this Court ordered Carre to file her responses to those motions by certain deadlines. Carre now moves the Court to stay those deadlines until the Court rules on her pending motion seeking leave to file an amended complaint. Carre asserts that her "responding to outdated MTDs" while her motion to amend

1

"is unresolved risks irreparable harm and judicial waste" if her motion to amend is granted. ECF N. 60, PageID.1043-1044. The Court disagrees.

The Court **DENIES** Carre's motion. Carre must file her responses to the pending motions as ordered by this Court.

**IT IS SO ORDERED.**

Dated: August 25, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

2

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager
