UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN R. CARRE,

     Plaintiff,

                                      Case No. 25-cv-11628
v.                                Hon. Matthew F. Leitman

COLETTE NUTTON, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** and Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                          By:    s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 9, 2026
Detroit, Michigan

1